AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ADOLFO FLORES-MAYO,
AKA: Guillermo Medina-Diaz

WAIVER OF INDICTMENT

CASE NUMBER: 07cr3327-WQH

I, ADOLFO FLORES-MAYO, AKA: Guillermo Medina-Diaz, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Dec. 13, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER